# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| vs. | CRIMINAL NO. 19-00168-KD |
| * | |
| SAAD TAHA AHMED YOUSIF AL-QAYSY, | |
| Defendant. * | |

## POSITION OF THE DEFENDANT
## WITH RESPECT TO SENTENCING FACTORS

COMES NOW, Saad Ahmed, by and through undersigned counsel, and files this response to the pre-sentence investigation report in the above-entitled matter.

Cover Page

Mr. Ahmed does not recognize or recall the use of these aliases or dates of birth.

Paragraph 6

Mr. Ahmed relates that he was a captain during the 1991 Gulf War and a colonel during the 2003 Iraq War.

Paragraph 22

Mr. Ahmed objects to this adjustment and submits that there is no evidence to support the same. Mr. Ahmed joined the Iraqi Army because service was mandatory. He was assigned to the Directorate of Electrical and Mechanical Engineering because

of his training in electrical engineering.  He was never directly involved in combat and never used a firearm.  He began as an automotive mechanic and was then assigned to a military base where he worked at the water plant to ensure safe drinking water.  When he was assigned to serve at two hospitals, he provided assistance as an electrical engineer.  He does not believe that the army used the two hospitals where he was assigned to torture people because he never saw or heard of this and because he enjoyed a good relationship with the doctors there and they never mentioned it.  Consequently, he has no personal knowledge of the use of torture by the Saddam Hussein regime.

Paragraph 35

Mr. Ahmed relates that he fled to Northern Iraq after his brother and nephew were killed in January 2006 by Shiite Muslims who were looking for him because he was an officer in the Iraqi Army.  He fled Iraq in September 2006 and settled in Egypt with his family as refugees until coming to the United States in 2010.

Paragraph 36

Mr. Ahmed relates that his childhood was bad because it was necessary for him to work from the age of 10 to support himself and his family and because his mother passed away when he was young.

Paragraph 46

Mr. Ahmed reports that he is not fluent in English, but is able to communicate to a large degree in this language.

<u>Paragraphs 47, 52 & 54</u>

Mr. Ahmed is currently employed as a driver for Amazon.

<u>Paragraphs 56 & 62</u>

Absent the five level adjustment referenced in paragraph 22, the total base offense level would be six, which would result in a guideline range of 0-6 months in Zone A of the sentencing guidelines.

<u>Part E</u>

Undersigned counsel has been advised by an immigration expert that Mr. Ahmed will revert to being a legal permanent resident upon the revocation of his naturalization.

Respectfully submitted,

/s/Fred W. Tiemann
FRED W. TIEMANN
Assistant Federal Defender
Southern District of Alabama
Federal Defenders Organization, Inc.
11 N. Water Street, Suite 11290
Mobile, Alabama 36602
(251)433-0910

**CERTIFICATE OF SERVICE**

I do hereby certify that I have electronically served a true and correct copy of the foregoing pleading upon A.U.S.A. Christopher Bodnar on this 7th day of February, 2020.

/s/Fred W. Tiemann
FRED W. TIEMANN

3

4